66 F.3d 313
 76 A.F.T.R.2d 95-6009
 Trinity Holdings, Inc., Buckeye Publishing Co. Inc.
v.
Firestone Bank, Luzerne Company, Rocco A. Petrozzi, Sr.,
Michael E. Bushey DDS, Inc. Pension Profit Sharing Trust,
Michael E. Bushey, Mellon Bank, N.A., Commissioner of
Internal Revenue, U.S., Western Reserve Bank of Ohio, Steven
G. Frew, Sara J. Frew
 NO. 94-3706
 United States Court of Appeals,
Third Circuit.
 Aug 08, 1995
 
 Appeal From: W.D.Pa., No. 92-cv-00203,
 Ziegler, J.
 
 
 1
 AFFIRMED.